UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

JESUS SANCHEZ AYALA,

        Plaintiff,

                                            CASE NO. 0:24-cv-61578-RS

-vs-

VERISK ANALYTICS, INC.,

        Defendants.

### JOINT NOTICE OF SETTLEMENT AS TO DEFENDANT, VERISK ANALYTICS, INC.

COMES NOW Plaintiff, JESUS SANCHEZ AYALA, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, VERISK ANALYTICS, INC., have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated this 18th day of October 2024.

| | |
|---|---|
| **/s/ Octavio Gomez** | **/s/ Lori Lustrin** |
| Octavio "Tav" Gomez | Lori Lustrin |
| Florida Bar No.: 0338620 | Florida Bar No.: 59228 |
| Georgia Bar No.: 617963 | Bilzin, Sumberg, Baena, Price, & Axelrod LLP |
| Pennsylvania No.: 325066 | |
| The Consumer Lawyers PLLC | 1450 Brickell Ave., Suite 2300 |
| 501 E. Kennedy Blvd, Suite 610 | Miami, Florida 33131 |
| Tampa, FL 33602 | Tel.: (305) 374-7580 |
| Cell: (813) 299-8537 | llustrin@bilzin.com |
| Tav@theconsumerlawyers.com | *Attorney for Defendant, Verisk Analytics Inc.* |
| *Attorney for Plaintiff* | |

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed on the 18th day of October 2024, via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

/s/ **Octavio Gomez**
Octavio "Tav" Gomez
Florida Bar No.: 0338620
The Consumer Lawyers
*Attorney for Plaintiff*