UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

JESUS SANCHEZ AYALA,

　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　CASE NO. 0:24-cv-61578-RS

VERISK ANALYTICS, INC.,

　　Defendant.
　　_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO VERISK ANALYTICS, INC.

COMES NOW Plaintiff, JESUS SANCHEZ AYALA and Defendant, VERISK ANALYTICS, INC., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff, against the Defendant VERISK ANALYTICS, INC. in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 19th day of November, 2024.

| | |
|---|---|
| **/s/ Octavio Gomez** | **/s/ Lori Lustrin** |
| Octavio "Tav" Gomez | Lori Lustrin |
| Florida Bar No.: 0338620 | Florida Bar No.: 59228 |
| Georgia Bar No.: 617963 | Bilzin, Sumberg, Baena, Price, & Axelrod LLP |
| Pennsylvania No.: 325066 | 1450 Brickell Ave., Suite 2300 |
| The Consumer Lawyers PLLC | Miami, Florida 33131 |
| 501 E. Kennedy Blvd., Suite 610 | Tel.: (305) 374-7580 |
| Tampa, FL 33602 | llustrin@bilzin.com |
| Cell: (813) 299-8537 | *Attorney for Defendant, Verisk Analytics Inc.* |
| Facsimile: (844) 951-3933 | |
| Tav@theconsumerlawyers.com | |
| *Attorney for Plaintiff* | |